

THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA 18501
Phone: (570) 348-2800
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) )<br>) | 1:00CV-0620 |
| v. | ) )<br>) | (Kane, J.) |
| WILLIAM JOHNSON,<br>Defendant. | ) )<br>) | |

FILED
SCRANTON
SEP - 5 2002
PER /s/
DEPUTY CLERK

### MOTION FOR RULE TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT

Comes the United States of America, by and through J. Justin Blewitt, Jr., Assistant United States Attorney, and moves the Court to enter an Order directing WILLIAM JOHNSON, Defendant, to show cause, if any there be, why he should not be held in contempt of this Court for failure to obey the Order pursuant to Federal Rules of Civil Procedure 37 (a) to serve answers to the Plaintiff's written interrogatories.

In support of this Motion the United States of America shows the Court as follows:

On June 20, 2000, Plaintiff, the United States of America, obtained a judgment against WILLIAM JOHNSON, Defendant herein, in the United States District Court for the Middle District of Pennsylvania, said judgment being in the sum of $8,085.58 plus interest and costs.

That on March 6, 2001, an Order was issued by United States District Judge Yvette Kane, ordering Defendant to answer plaintiff's written interrogatories within thirty (30) days.

That records of the Court show that a the Motion to Compel and Order were served upon defendant, WILLIAM JOHNSON, on May 23, 2001, as shown by a copy of the Marshal's return attached hereto.

Defendant continues to fail to provide answer to Plaintiff's interrogatories.

No brief is being filed with this Motion unless otherwise directed by the Court as the reasons have been stated herein.

WHEREFORE, the United States of America prays that an Order be issued by this Court, based upon this Motion, directing WILLIAM JOHNSON, to appear before this Court, to show cause why he should not be punished for contempt of court pursuant to 18 U.S.C. Sec. 401(3) and 28 U.S.C. Sec. 636(e).

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

J. JUSTIN BLEWITT, JR,
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist

DATE: 8/8/02

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| PLAINTIFF<br>THE UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:00CV-0620 | |
| DEFENDANT<br>WILLIAM JOHNSON III | TYPE OF PROCESS Motion, Fin. Stmt.<br>XXXXXXXX/XXXXXXXXX Order | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  WILLIAM JOHNSON

  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 650 Division Street, Harrisburg, PA 17110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | | |
|---|---|---|
| Karen M. Musloski<br>Paralegal Specialist<br>309 Federal Building<br>Scranton, PA 18501 | Number of process to be served with this Form - 285 | 23 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PERSONAL SERVICE REQUESTED

Inform Defendant to complete the Financial Stmt. and return to US Attorney's Office

| Signature of Attorney or other Originator requesting service on behalf of:<br>Karen M. Musloski, Paralegal Specialist | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>570-348-2800 | DATE<br>5/2/01 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 67 | District to Serve<br>No. 67 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/4/01 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>7/2/ | Time<br>1:15 pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>125 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>144 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
S/M and [illegible handwriting]

**NOTE**

PRIOR EDITIONS MAY BE USED       **3. NOTICE OF SERVICE**       FORM USM-285 (Rev. 12/15/80)

THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA 18501
Phone: (570) 348-2800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v | ) 1:00CV-0620<br>) |
| WILLIAM JOHNSON,<br>Defendant. | ) (Kane, J.)<br>)<br>) |

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on August 15, 2002, she served a copy of the attached:

**MOTION**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania.

Addressee: WILLIAM JOHNSON
650 Division Street
Harrisburg, PA 17110

_____
KAREN M. MUSLOSKI
Paralegal Specialist