THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
309 Federal Building
Washington & Linden
Scranton, PA  18501
Phone:  (570) 348-2800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   1:00:CV-0620<br>)   (Kane, J.)<br>) |
| WILLIAM JOHNSON,<br>    Defendant. | )<br>)<br>) |

FILED
HARRISBURG

SEP 1 2 2002

MARY E. D'ANDREA, CLERK
Per_____
   DEPUTY CLERK

**O R D E R**

The background of this Order is as follows:

On June 20, 2000, the plaintiff, United States of America, obtained a judgment against WILLIAM JOHNSON, DEFENDANT, in this Court, in the sum of $8,085.58 plus interest and costs.  On March 6, 2001, an order was issued by this court directing defendant to answer plaintiff's written interrogatories in aid of execution within thirty (30) days.  The record indicates that the foregoing order and plaintiff's motion to compel were served upon the defendant on May 23, 2001.

The court now has before it a motion of the plaintiff for a rule to show cause why the defendant should not be held in contempt. Plaintiff contends that the foregoing order of the court has not been complied with in that defendant continues to fail to provide an answer to plaintiff's interrogatories.

NOW, THEREFORE, IT IS ORDERED THAT:

1. Defendant, WILLIAM JOHNSON is directed to appear before this court in person on Oct 3, 2002, at 11:00 A.m. and show cause why he should not be held in contempt of court for failure to comply with the court's order of March 6, 2001.

2. Said hearing will be held in a courtroom # 4, Federal Building, 228 Walnut Street, Harrisburg, PA 17108.

3. If defendant, WILLIAM JOHNSON fails, without cause, to appear at the aforesaid time and place, the court will issue a bench warrant for his arrest for failure to appear.

4. Failure to show good cause for failing to comply with the court's order of March 6, 2001 will subject defendant to a finding that he is in contempt of court, resulting in potential imposition of a fine and/or imprisonment under and pursuant to 18 U.S.C. § 401(3).

5. The United States Marshal is directed to effect personal service of a copy of this Order upon defendant.

_____
YVETTE KANE
United States District Judge