


UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | |
| v. | : | 1:CV-00-0620 |
| | : | (Kane, J.) |
| WILLIAM JOHNSON, | : | |
|     Defendant | : | |

FILED
SCRANTON

OCT - 2 2002

PER /M/
DEPUTY CLERK

PRAECIPE TO WITHDRAW RULE TO SHOW CAUSE ORDER

TO: MARY E. D'ANDREA

MADAM:

    Please withdraw the United States' Motion for Rule to Show Cause and cancel the October 3, 2002 hearing set in the above captioned matter.

    The United States' Attorney's Office has received information that the defendant, WILLIAM JOHNSON is deceased. The date of death was December 10, 2001.

                                      THOMAS A. MARINO
                                      United States Attorney

                                      J. JUSTIN BLEWITT, JR.
                                      Assistant U.S. Attorney
                                      311 Federal Building
                                      Scranton, PA 18501

                                      KAREN M. MUSLOSKI
                                      Paralegal Specialist

DATED: 10/2, 2002

SO ORDERED:

                                        _____
                                        YVETTE KANE
                                        United States District Judge