| U.S Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S Marshal"<br>on the reverse of this form. | 18 |
|---|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:CV-00-0620   10/8/02 FS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WILLIAM JOHNSON | ORDER TO APPEAR, MOTION, FINANCIAL STMT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

► WILLIAM JOHNSON

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 650 Division Street, Harrisburg, PA 17110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KAREN M. MUSLOSKI
United States Attorney's Office

235 N. Washington Ave., Suite 311
Scranton, PA 18503

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                    Fold

PERSONAL SERVICE REQUESTED IN AMPLE TIME FOR DEFENDANT TO APPEAR AT HEARING.
HEARING SET FOR: OCTOBER 3, 2002 AT 11:00 A.M.

Signature of Attorney or other Originator requesting service on behalf of:
*Karen M. Musloski, Paralegal Specialist*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (570) 348-2800

DATE: September 17, 2002

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk *G. Lavelle* | Date 9/18/02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if shown above)

Address (complete only if different than shown above)

FILED SCRANTON
OCT - 2 2002
DEPUTY CLERK

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/25/02   Time: 3:00 pm

Signature of U.S. Marshal or Deputy

2:00p to 3:00p PER M

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 4.38 | — | 49.38 | | | |

REMARKS: 9/25/02 END TO SERVE, ADDRESS IS TO JOHNSON BARBER SHOP NOW CLOSED. NEIGHBOR STATES JOHNSON MOVE OUT 3 MONTHS AGO. AND OWES HIM MONEY TOO. RETURN UNEXECUTED NEED BETTER ADDRESS FOR SERVE.