## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-00-620 |
| | : | |
| v. | : | Judge Kane |
| | : | |
| | : | |
| | : | |
| WILLIAM JOHNSON, | : | |
| Defendant | : | |

**FILED**
HARRISBURG

DEC 1 3 2002

MARY E. D'ANDREA. CLERK
Per _____
DEPUTY CLERK

## O R D E R

**AND NOW** this 15th day of December, 2002, **IT IS HEREBY ORDERED**

**THAT** the plaintiff's motion to withdraw Motion for Rule to Show Cause is **GRANTED**.

Yvette Kane
United States District Judge